IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REVELYST OPERATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-07913 |

**MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Plaintiff Revelyst Operations LLC ("Revelyst" or "Plaintiff") files this Motion requesting leave to seal Schedule A to the Complaint identifying Defendants. *See* Dkt. 3.

Plaintiff initiated the present action against anonymous online actors who use counterfeit versions of Plaintiff's federally registered trademarks to sell, offer for sale, distribute, or advertise infringing products. Defendants engage in these unlawful actions, under the cover of aliases ("Defendant Aliases") and through their use of Internet enterprises, online marketplaces, profiles, stores and/or accounts ("Defendant Internet Stores"). Plaintiff files this motion to request leave to temporarily seal certain information from public view in order to avoid providing Defendants' premature notice of this lawsuit before an anticipated *ex parte motion*, such as an *ex parte* motion for temporary restraining order ("TRO") and/or expedited discovery is filed, granted and/or acted upon.

In this action, Plaintiff anticipates seeking preliminary relief based on claims of trademark infringement and counterfeiting. Plaintiff also anticipates requesting that third party marketplaces

1

and payment providers institute a temporary asset freeze on the online marketplace and payment accounts associated with Defendants and/or provide expedited discovery regarding the Defendants.

Sealing this information is necessary to prevent the Defendants from learning of these proceedings prior to when any temporary restraint or other relief is acted upon. Defendants' learning of these proceedings prior to such actions would likely result in the hiding or transferring of assets and/or loss of potentially relevant evidence, which would frustrate the purpose of the underlying lawsuit and interfere with Plaintiff's ability to pursue and/or enforce any judgement.

## CONCLUSION

For these reasons, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to seal Schedule A to the complaint.

DATED: July 12, 2025

Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on July 12, 2025.


                                                */s/ Matthew A. Werber*
                                                Matthew A. Werber